UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TINA DEFORGE,            )
     Plaintiff         )
                        )
         v.         )  C.A. NO. 09-cv-30173-MAP
                        )
MICHAEL J. ASTRUE,       )
Commissioner of Social   )
Security Administration, )
     Defendant         )

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFF'S MOTION TO REVERSE OR REMAND, AND
DEFENDANT'S MOTION TO AFFIRM THE DECISION
OF THE COMMISSIONER
(Dkt. Nos. 13 & 16)

September 9, 2010

PONSOR, D.J.

    Having reviewed the substance of Judge Kenneth P. Neiman's Report and Recommendation dated August 2, 2010 and finding it meritorious, and noting that there is no objection, the court, upon <u>de novo</u> review, hereby ADOPTS the Report and Recommendation (Dkt. No. 18). Based upon this, the court hereby ALLOWS Defendant's motion (Dkt. No. 16) and DENIES Plaintiff's motion (Dokt. No. 13). The clerk will enter judgment for Defendant. This case may now be closed.

    It is So Ordered.

                                          /s/ Michael A. Ponsor
                                          MICHAEL A. PONSOR
                                          U. S. District Judge